UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-22360-CV-WILLIAMS

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Plaintiff,

v.

CPI TRUCKING & LOGISTICS,
LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (DE 30) ("***Report***") on the Motion for Final Default Judgment against Defendant Roenis Gonzalez Mora filed by Plaintiff Progressive Express Insurance Company ("***Plaintiff***") (DE 16) ("***Motion***"). In the Report, Judge McAliley recommends that the Motion be denied without prejudice pending final disposition of Plaintiff's claims against Defendants CPI Trucking & Logistics, LLC, and Mark Thibault. (DE 30 at 4.) No objections were filed to the Report, and the time to object has passed.[1]

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge McAliley's Report (DE 30) is **AFFIRMED AND ADOPTED**.

---

[1] In fact, Plaintiff "has no objection to deferring this court's ruling on the Motion for Final Default Judgment until after the [insurance] coverage issues are determined as to Thibault and CPI." (DE 28 at 3 ¶ 12.)

2. Plaintiff's Motion for Final Default Judgment against Defendant Roenis Gonzalez Mora (DE 16) is **DENIED WITHOUT PREJUDICE** pending final disposition of Plaintiff's claims against Defendants CPI Trucking & Logistics, LLC, and Mark Thibault.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>9th</u> day of May, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE